

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00032-CV

_____

IN RE GRAPEVINE MEDICAL MANAGEMENT SERVICES, LLC, AND
BEVERLY KOTSANIS, Relator

Original Proceeding
17th District Court of Tarrant County, Texas
Trial Court No. 017-356115-24

Before Kerr, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus, relators' motion to stay, the record, and real party in interest's response and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied, and relators' motion to stay is denied as moot.

Per Curiam

Delivered: March 13, 2025